UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS NOEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　Defendant. | Case No. 22-cv-03898-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

The plaintiff filed suit in this case on July 1, 2022, but it appears the plaintiff failed to serve the complaint on the defendant within 90 days. The plaintiff is ordered to show cause as to why the complaint should not be dismissed pursuant to Fed. R. Civ. P. 4(m). The plaintiff must respond within 14 days of this order. Failure to respond will result in a dismissal of this action without prejudice.

　　　**IT IS SO ORDERED.**

Dated: October 7, 2022

_____
VINCE CHHABRIA
United States District Judge